Susan Downie, as Administratrix, etc., of Thomas W. Downie, Deceased, Appellant, v. New York and East River Ferry Company, Respondent.— Order affirmed, with costs. No opinion. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Charles A. Glover, Respondent, v. H. P. Nelson Company, Appellant. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion for judgment on the pleadings denied, with ten dollars costs, upon the ground that the complaint fails to show that satisfactory settlements had been received by the defendant from shipments made to various dealers to whom plaintiff sold, and under the contract commissions were only to be due and payable in that event. Jenks, P. J., Burr and Woodward, JJ., concurred; Hirschberg, J., voted to reverse upon the authority of *Hilton & Dodge Lumber Co.* v. *Sizer & Co.* (137 App. Div. 661), with whom Rich, J., concurred.

Charles A. Glover, Respondent, v. H. P. Nelson Company, Appellant. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the complaint on which the warrant of attachment herein is based does not state a cause of action. (See *Glover* v. *Nelson Co., No. 1, ante*, p. 914, decided herewith.) Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

James Gnecco, Respondent, v. Hans P. Pedersen, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the clear weight of evidence. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

George A. Hearn and Others, Copartners, etc., Trading under the Firm Name and Style of James A. Hearn & Son, Respondents, v. George Schuchman, Appellant.— Order modified by striking out paragraph numbered VII in the complaint, and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Application of the Fort Comfort Inn and Realty Company, Respondent, for a Voluntary Dissolution of the Corporation. J. Harold Randolph, Appellant; Rockland County Trust Company, Respondent.— Order modified so that petitioner's motion shall be denied, without prejudice to the bringing of such action by the petitioner as he may be advised against the Rockland County Trust Company, both in its individual and representative capacity, and John F. MacFarlane, both individually and in his representative capacity, for the relief demanded in these proceedings, or such other and further relief as may be just; and as